IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01987-MDB

ELEAZAR SANCHEZ-MIRAVETE,

      Petitioner,

v.

JOHNNY CHOATE, Warden of the Aurora Contract Detention Center,
KELLI WALKER, Deputy Field Officer Director of ICE,
MARKWAYNE MULLIN, Secretary of the Dep't of Homeland Security, and
TODD BLANCHE, U.S. Attorney General,

      Respondents.

---

### MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE MARITZA DOMINGUEZ BRASWELL

      This case has been directly assigned to a magistrate judge. D.C.COLO.LCivR 40.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(4), IT IS ORDERED that the parties shall complete and file the *Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction* form (ECF No. 4), indicating either the unanimous consent of the parties or that consent has been declined, on or before **June 15, 2026**.

Dated: May 15, 2026