# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01987-NYW

ELEAZAR SANCHEZ-MIRAVETE,

     Petitioner,

v.

JHONNY CHOATE, Warden of the Aurora Contract Detention Center,
KELEI WALKER, Deputy Field Office Director of ICE,
MARKWAYNE MULLEN, Secretary of the Dept. of Homeland Security, and
TODD BLANCHE, U.S. Attorney General,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 14, 2026 [Doc. 16], it is

ORDERED that in light of the representations in the Status Report [Doc. 15], and because the Court granted Petitioner a bond hearing -- the only relief to which he is entitled -- the Court concludes that no further proceedings are required in this case. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 15th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk